UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

CASE NO.: 0:13-cv-61518-WPD

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| IT'S JUST LUNCH USA, LLC. | ) ) |
| Defendant. | ) ) ) |

**JOINT MOTION FOR APPROVAL OF CONSENT DECREE**

Pursuant to Federal Rule of Civil Procedure 7(b)(1), Plaintiff, the United States Equal Employment Opportunity Commission ("Commission" or the "EEOC"), and Defendant, It's Just Lunch USA, LLC ("IJL"), hereby respectfully submit this Joint Motion for Approval of Consent Decree. As grounds for this motion, the parties state as follows:

1. On July 12, 2013, the Commission filed this action against IJL under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, on behalf of Charging Party Lynda Twist and a class of men who applied for positions, but were not hired by IJL, as Inside Sales Representatives and/or Dating Directors in IJL's Hallandale Beach facility and at other locations over which IJL has hiring authority. EEOC also alleges that IJL retaliated against Charging Party Twist for opposing IJL's unlawful employment practices. *See* Dkt. #1 (Complaint).

2. The parties met in person on September 1, 2011, to engage in informal conciliation discussions. Conciliation efforts formally concluded on August 16, 2012, and the parties continued to negotiate the terms of a proposed consent decree.

3. As a result of having engaged in comprehensive settlement negotiations, the parties agreed to resolve this action in its entirety upon the terms reflected in the executed Consent Decree attached hereto as **<u>Joint Exhibit A</u>** (the "proposed Consent Decree").

4. The proposed Consent Decree reflects the terms of the monetary and injunctive relief to which the parties have agreed after carefully considering the specific facts of this case.

5. The parties respectfully request that the Court approve and execute the attached proposed Consent Decree. The proposed Consent Decree conforms with Fed.R.Civ.P. 65(d) in that it states the reasons why it is issued, provides specific terms with which the parties must comply, and describes in detail the acts restrained and required.

6. The Court's entry of the proposed Consent Decree will resolve this case in its entirety.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Court grant this Joint Motion for Approval of Consent Decree, execute the attached proposed Consent Decree, and enter it as an Order of this Court.

Respectfully submitted on this 16th day of July, 2013.

<div style="display:flex">
<div>

s/ Muslima Lewis
MUSLIMA LEWIS
Florida Bar Number: 0158305
Senior Trial Attorney
Attorney E-mail address:
Muslima.Lewis@eeoc.gov

U.S. Equal Employment Opportunity Commission
Miami District Office
100 Southeast 2nd Street, Suite 1500
Miami, Florida 33131
Telephone: 305-808-1784
Facsimile: 305-808-1835

Attorneys for Plaintiff EEOC

</div>
<div>

s/Thomas S. Groendyke
Thomas A. Groendyke
Florida Bar Number. 180849
Attorney E-mail address:
tgroendyke@dc-atty.com
Douberley & Cicero
1000 Sawgrass Corporate Parkway
Suite 590
Sunrise, FL 33323
Telephone: (954) 626-5077
Facsimile: (954) 838-8842

Attorney for Defendant

</div>
</div>